BERRY v. CITY OF WILMINGTON

No. 2 PC.

Case below: 4 N.C. App. 648.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.

CAMPBELL v. O'SULLIVAN

No. 3 PC.

Case below: 4 N.C. App. 581.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.

FARMER v. REYNOLDS

No. 6 PC.

Case below: 4 N.C. App. 554.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.

KILBY v. DOWDLE

No. 70 PC.

Case below: 4 N.C. App. 450.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 June 1969.

LAWS v. PALMER

No. 68 PC.

Case below: 4 N.C. App. 510.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 June 1969.

MOREHEAD v. HARRIS

No. 51 PC.

Case below: 4 N.C. App. 235.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 June 1969.